To: Anthony Deaner, Admin.
Southwood State Prison
Fr: Erick L. Young #151923E
Re: Drug Program
Date: Nov 1st, 2024

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2025 FEB 24  A 10:53

Dear Mr. Deaner,

1) I am writing you today to request that you shed light on me about the programs you have within your facility mainly D.D.P. "Drug Diversion Program" that my family/other family(s) pay for with their tax money so that we, all prisoners with drug addictions can get help for our addiction and sickness that we are suffering from.

2) D.D.P is suppose to be a drug program within the N.J Dept. of Corr. that addresses and attack all drug addicts with addiction/drug problems. So when an inmate violates or break the rules of the Department, He or she is given a charge. The Supervisor (Sgt.) serves the charge

(1)

to the inmate and he or she goes to Courtline and the hearing officer sanction that inmate to 60 to 90 days D.D.P "Drug Diversion Program". You see I underlined Program. Well there is nothing at all about D.D.P and that whole system that's speak volumes of program. There is no system at all other then inmates being locked in thier cells and getting a little more rec then the inmates who are in adseg. There is no classes, counselors or drug counselor whom provide plus teach us how to refrain from using drugs. It's like a revolving door, and because we are not taught or given the tools that will help tackle our addictions, we do the 60 to 90 days lock, and we go back to population, get high and come back. It's a revolving cycle. This is not right. All this is a scam to make money. Then after an inmate finish D.D.P and goes to facility 2, unit 3-1-R he comes back to his perm inmate unit that he had an episode on, he is placed in a cell with an inmate that do not get high, and

(2)

administration, officers, medical Dept., expects you to baby sit or look over this inmate who is getting high. This is not right.

3) I have written this matter up several times and nothing being done, so i am moving the U.S District court on a lawsuit for a violation of my rights to get the help i need, and violation of my due process rights to get the help i need. Going to D.D.P and there is no staff, counselors, teaching anything at all. using our family(s) tax money to keep this so called program running for the purpose of getting money.

4) I am also sending copies of this letter, my 1983 Civil lawsuit/complaint to the Commissioners office, ADA coordinator office, Gov. Phil Murphy, Administrative Court-Hon. Judge Grant, Attorney General office, U.S District Court.

5) Thank you for your time. I am requesting $5 million punitive damages, $5 million violation of right to get help, and $5 million for scamming tax money

(3)

US District Court
for the District of N.J.
Complaint-Civil
Case no: _____

V.

H.O DiBenedetto
N.J Dept. of Corr. et al
John/Jane Doe, Commissioner
Anthony Degner, Administrator
D.D.P "Drug Diversion Program"
ADA Coordinator

(Class action lawsuit)

Defendants

## Preliminary Statement

1) This is a civil rights action filed by Erick L. Young, a state prison of the N.J Department of Corr., S.W.S.P. This prisoner seek Punitive damages, and injunctive relief under 42 U.S.C. § 1983 alleging violations of his rights to services and programs, Drug Counseling, accessible to inmates with disabilities act in accordance with N.J.A.C 10A:1-3.
2) also for taking/using prisoner families tax payers money to fund this

(4)

Program within the N.J Dept. of Corr., and it serves no purpose. This is totally against the law in violation of my Eighth Amendment to the United State Constitution, and violates my rights to Disabilities Act, and violates my due process clause of the Fourteenth Amendment to the constitution.

## Jurisdiction

3) The court has jurisdiction over the Plaintiff's claims of violation of federal constitutional rights under 42 U.S.C. §§ 1331(a) and 1343.

4) The court has supplemental jurisdiction over the Plaintiff's state law tort claims under 28 U.S.C. § 1367.

## Parties

5) The Plaintiff ~~████~~ Currently incarcerated and being held at the N.J Dept. of Corr., S.W.S.P. Mr. Jones is moving the courts because he claims the facility is using his family tax money for a program called D.D.P. "Drug Diversion Program" and

(5)

there is nothing that coincide with D.D.P "Drug Diversion Program". There is not case workers, counselors, or anything to do with addiction at all. Our tax payers money is being taken for these programs and no one is doing there job.

6) Defendant John/Jane Doe Commissioner of the NJ Dept. of Correction employed by the NJ Dept. of Correction is being sued in his own individual capacity. Defendant is the Commissioner of the NJ Dept. of Corrections and is in charge of all employees within in the NJ Dept. of Corr, S.W.S.P.

7) Anthony Degnar, administrator of S.W.S.P is being sued in his own individual capacity. The defendant is administrator at S.W.S.P and is in charge of all employees and the operation of the facility/prison.

8) A.D.A Coordinator the American Disability Act requires correctional facilities to make their services, programs and facilities accessible to individuals with disabilities, such as behavioral mod-

(6)

ification programs, life skill programs, school/GED/vocational programs, mental health programs, Drug Programs such as NA/AA/MSCF-Osapa Program, D.D.P-L.P.U programs (Drug Diversion Program)-(lost of Privilege Unit), is being sued in it's own individual capacity. The defendant(s) is the Coordinator/liasion who oversees all the programs within the NJ Dept. of Correction in accordance with N.J.A.C. 10A:1-3

**Facts** 9) On March 7, 2024 the Plaintiff was given 30 days sanction D.D.P/L.P.U from hearing officer DiBenedetto due to a dirty urine, Intoxication, Drug Charge within the NJ Dept. of Corr-SWSP.

10) Everything about this program is against the law. It do not provide any knowledge or help to inmates and their drug addictions at all. There's no groups, classes, studies about addictions, drugs, or diversions at all. Every inmate that's sanctioned to D.D.P or L.P.U is locked in a cell and come out for phone, shower and kiosk for 45 minutes on

(7)

first shift, and second shift, so in total we get 90 minutes everyday. There is no groups, study hall, classes that gears toward our addictions. So it's a revolving cycle for all inmate who suffer from addictions.

<u>Denial Treatment</u> 11) This program and what the Dept. is doing is against the law. My family that get off their ass and work a 9 to 5 (job) everyday pays for this program with their tax money. So that we can get the help we need and that's not being done. These defendants are scams artist and therefore should be treated as criminals.

12) Each prisoner goes to D.D.P-L.P.U for 30, 60, or 90 days. Get zero tolerance for one year, and after sitting in the cell with no treatment at all, none... the prisoner is sent back to population where we continue to get high and use drugs.

13) Issue an injunction ordering defendants to stop D.D.P/L.P.U and using tax payers money for prisoners to be locked in a cell with no treatment at all.

(8)

14) Award Compensatory damages in the amout of $15 million jointly and severally against the defendants for taking tax payers money as a scam to run DDP-LPU programs within the Dept. and not serving it's purpose or doing their job giving each prisoner treatment.

15) $15 million jointly and severally against the defendants for denying them help for their addictions.

16) Award Punitive damages in the amount of $20,000 each defendant in the amount of $20,000 each day every Plaintiff spent in DDP/LPU cell lock.

17) Alternate version of Damages demand, award Compensatory damages joint and severally against all Defendant for violating the rights and not allow inmates treatment they need in the amount of $20 million. Thank you

(9)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Erick L. Young 
All other names by which you have been known:
ID Number:
Current Institution: SWSP
Address: 215 S. Burlington Rd.
Bridgeton, NJ 08302
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: John/Jane Doe
Job or Title *(if known)*: Commissioner, NJ DOC
Shield Number:
Employer: Central Office
Address: PO Box 863
Trenton, NJ 08625
City / State / Zip Code
[✓] Individual capacity  [ ] Official capacity

**Defendant No. 2**
Name: Anthony Degner
Job or Title *(if known)*: Administrator - SWSP
Shield Number:
Employer:
Address: 215 S Burlington Rd.
Bridgeton, NJ 08302
City / State / Zip Code
[✓] Individual capacity  [ ] Official capacity

Defendant No. 3
Name: ADA Coordinator
Job or Title (if known): Coordinator - NJ-DOC
Shield Number:
Employer: Central Office
Address: PO Box 863
Trenton, NJ 08302
☑ Individual capacity ☐ Official capacity

Defendant No. 4
Name: HO DiBenedetto
Job or Title (if known): Hearing Officer
Shield Number:
Employer: SWSP
Address: 215 S Burlington Rd.
Bridgeton, NJ 08302
☑ Individual capacity ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

my rights to treatment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

using my family tax money for a drug diversion that do not exist

Page 3 of 11

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

Pro Se 4 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Page 6 of 11

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Administrator Anthony Degner - SWSP Central office - Commissioner Office

2. What did you claim in your grievance?

Violation of rights to treatment Drug Diversion Program / ADA

3. What was the result, if any?

None

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Moved the courts on civil matter

1.) Punitive Damages

In the Amount of : $5 million

2.) Violation of Constitutional Right

In the Amount of: $5 million

3.) Denying Plaintiff Access to treatment

In the Amount of: $5 million

Dated: 2-10-25

### CERTIFICATION OF NO OTHER ACTIONS

I certify that the dispute about which I am suing is not the subject of any other action pending in any other court or a pending arbitration proceeding to the best of my knowledge and belief. Also, to the best of my knowledge and belief no other action or arbitration proceeding is contemplated. Further, other than the parties set forth in this complaint, I know of no other parties that should be made a part of this lawsuit. In addition, I recognize my continuing obligation to file and serve on all parties and the court an amended certification if there is a change in the facts stated in this original certification.

Dated: 2-10-25      Signature: _____

OPTIONAL: If you would like to have a judge decide your case, do not include the following paragraph in your complaint. If you would prefer to have a jury to decide your case, please sign your name after the following paragraph.

### JURY DEMAND

The plaintiff demands trial by a jury on all of the triable issues of this complaint, pursuant to New Jersey Court Rules 1.8-2(b) and 4:35-1(a).

Dated: 2-10-25      Signature: _____